The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINSON TARA, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER BRENT FRANK, OFFICER MIKE BOEHMER, and the CITY OF TUKWILA, a municipal corporation, <br><br> Defendants. | No. 2:16-cv-00148 JCC <br><br> DEFENDANTS ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES <br><br> **JURY DEMAND** |

Defendant, OFFICER BRENT FRANK, OFFICER MIKE BOEHMER, AND THE CITY OF TUKWILA, A MUNICIPAL CORPORATION, in answer to Linson Tara's complaint, admits, denies and alleges as follows:

## I. INTRODUCTION

In response to Paragraph 1.1 Defendants admit that they arrested Plaintiff with probable cause to believe he had assaulted others, trespassed, and assaulted Officer Frank, and deny all else.

In response to Paragraph 1.2, Defendants deny the allegations.

## II. PARTIES

In response to Paragraph 2.1, Defendants deny that Plaintiff is a resident of King County.

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 1
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Defendants admit Paragraph 2.2.

Defendants admit Paragraph 2.3.

Defendants admit Paragraph 2.4.

### III. JURISDICTION AND VENUE

Defendants deny Paragraph 3.1 and 3.2 as legal conclusions.

### IV. SCOPE OF EMPLOYMENT AND COLOR OF LAW

Defendants admit Paragraph 3.1[sic] and 3.2[sic] on page 2, lines 19-26 of the Amended Complaint.

### V. FACTUAL ALLEGATIONS

In response to Paragraph 4.1 Defendants admit they were dispatched to the location of the arrest, and deny all else.

In response to Paragraph 4.2, Defendants admit that Tara was present at the arrest location, admit he had one hand in his pocket or waistband concealed from the Officers, deny that "everything" is captured on video and deny all else.

In response to Paragraph 4.3, Defendants admit that Officer Frank approached Plaintiff and engaged with him verbally, due to his admitted crystal meth intoxication, he was unable to communicate, and did not remove his hand from its concealed location, and deny all else.

In response to Paragraph 4.4, Defendants admit that as Officer Frank escorted Plaintiff he balled his hand into a fist, wheeled on Officer Frank and assaulted him by attempting a "bear hug" clearly shown on the video, which forced Officer Frank to begin defensive tactics towards Plaintiff, and deny all else.

In response to Paragraph 4.5, Defendants admit that Officer Frank verbally requested that Officer Boehmer stage his Taser for use, and deny all else.

In response to Paragraph 4.6, Defendants admit that Officer Frank and Boehmer attempted to move Plaintiff from the hood of the car to the ground for handcuffing, but he

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 2
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

continued to active resist and assault Officer Frank, and deny all else.

In response to Paragraph 4.7, Defendants admit that Officer Boehmer attempted to use the Taser to stop Plaintiff's fighting, admit that the Taser had no meaningful effect on the intoxicated Plaintiff and deny all else.

In response to Paragraph 4.8, Defendants admit that Officer Frank had to flatten his body onto the assaultive Plaintiff, depriving him of the leverage to fight with both fists, and then rolled him onto his stomach.

In response to Paragraph 4.9, Defendants admit that the remoted door release for K9 Ace was depressed, that Ace arrived to assist, admit that K9 Ace's teeth were grazing on the skin of Plaintiff, causing no punctures or tears as documented in photographs, admit that Plaintiff was refusing to present his hands for cuffing and they remained under his body at his waist where he previously was concealing his left hand during the original encounter, further elevating the risk factors to the Officers and deny all else.

In response to Paragraph 4.10, Defendants admit that Plaintiff was refusing to remove his hands from under his body, and it took the assistance of a third Officer to get his hands out for cuffing and deny all else.

In response to Paragraph 4.11, Defendants admit that it is impossible to evaluate the level of a person's consciousness based on a video, and deny all else.

In response to Paragraph 4.12, Defendants admit that it is impossible to evaluate the level of a person's consciousness based on a video, and deny all else.

In response to Paragraph 4.13, Defendants admit that Plaintiff was taken to a hospital, admit that while there he denied any memory of the events at the UPS Freight yard, admit that he apologized to Officer Frank, admitted to using "bad" crystal meth, admit that the only treatment consisted of a topical antibacterial lotion, and deny all else.

The Defendants deny Paragraph 4.14.

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 3
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## VI. INJUNCTION ALLEGATIONS

In response to Paragraph 5.1, the police reports speak for themselves, and deny all else.

In response to Paragraph 5.2, the police reports speak for themselves and deny all else.

In response to Paragraph 5.3, it is the policy of the City to use objectively reasonable force, which can include pain compliance and pain distraction techniques, and deny all else.

## VII. CAUSE OF ACTION

Defendants deny Paragraphs 6.1 and 6.2.

## VIII. REQUEST FOR RELIEF

Defendants deny Paragraphs 7.1 – 7.12

BY WAY OF FURTHER ANSWER and AFFIRMATIVE DEFENSE, Defendant states and alleges as follows:

1. **INTENTIONAL CONDUCT, INTOXICATION, COMPARATIVE FAULT:** That the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the fault of Plaintiff.

2. **DISCRETIONARY IMMUNITY:** That all actions of the Defendant herein alleged as negligence, manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are neither tortious nor actionable.

3. **STANDING:** That the Plaintiff lacks standing to sue. It is the Defendants position that standing is a jurisdictional element, for which Plaintiff bears the full burden of production and persuasion, and adds this affirmative defense out of abundance of caution.

4. **EXCUSE AND JUSTIFICATION:** That if the Plaintiff sustained any injury or damage, the same was the result of reasonable conduct and required conduct of the

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 4
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Defendants under the circumstances and was excusable and justifiable in connection with the arrest [and in connection with Plaintiff's obstruction of the officer and efforts to resist arrest].

5. **PROVOCATION:** That if the Plaintiff sustained any injury or damage, the same was provoked by the conduct of the Plaintiff.

6. **REASONABLE AND LAWFUL FORCE:** That any force utilized by the Defendants was reasonable, necessary and lawful under the circumstances.

7. **LAWFUL ARREST:** That the arrest of the Plaintiff was lawful.

8. **GOOD FAITH:** That the Defendant at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's complaint.

9. **MITIGATION OF DAMAGES:** That if the Plaintiff suffered any damages, recovery therefore is barred by Plaintiff's failure to mitigate said damages.

10. **QUALIFIED IMMUNITY:** Defendant contends that Plaintiff's claims are precluded by the doctrine of qualified immunity.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant OFFICER BRENT FRANK, OFFICER MIKE BOEHMER, AND THE CITY OF TUKWILA, A MUNICIPAL CORPORATION prays for the following relief:

1. That Plaintiff's complaint be dismissed with prejudice, and that Plaintiff take nothing by his complaint;

2. That Defendant be allowed its statutory costs and reasonable attorney fees incurred herein; and

3. For such additional relief the Court may deem just and equitable.

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 5
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

## JURY TRIAL DEMANDED

The Defendants respectfully demand their right to a trial by jury in this matter.

DATED this 12th day of April, 2016.

                KEATING, BUCKLIN & McCORMACK, INC., P.S.

                By: */s/ Andrew Cooley*
                    Andrew Cooley, WSBA #15189
                Attorneys for Defendants

                800 Fifth Avenue, Suite 4141
                Seattle, WA 98104-3175
                Phone: (206) 623-8861
                Fax:    (206) 223-9423
                Email: acooley@kbmlawyers.com

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 6
2:16-cv-00148 JCC
1002-01007/221505

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Joe Shaeffer, WSBA #33273
David J. Whedbee, WSBA #35977
Tiffany M. Cartwright, WSBA #43564
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104
T: 206.622.1604
Email: josephs@mhb.com
davidw@mhb.com
tiffanyc@mhb.com

DATED: April 12, 2016

*/s/ Andrew Cooley*
Andrew Cooley, WSBA #15189
Attorneys for Defendants
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: acooley@kbmlawyers.com

DEFENDANTS ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES - 7
2:16-cv-00148 JCC
1002-01007/221505

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423