THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINSON TARA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER BRENT FRANK, OFFICE MIKE BOEHMER, and the CITY OF TUKWILA,<br><br>　　　　　　Defendants. | CASE NO. C16-0148-JCC<br><br>ENTRY OF JUDGMENT |

　　　The Court has received the Parties' Notice of Plaintiff's Acceptance of Defendant's Offer of Judgment (Dkt. No. 12) and the Notice of Proposed Judgment (Dkt. No. 14). Accordingly, Judgment is entered as follows:

　　　Pursuant to Fed. R. Civ. P. 68 and Fed. R. Civ. P. 54(b), Judgment is granted in favor of Plaintiff in the amount of $100,000.00 against Defendants on Plaintiff's Claims and does not include Plaintiff's reasonable attorneys fees and costs to which Plaintiff is entitled as the prevailing party under 42 U.S.C. § 1988. The parties have separately resolved the matter of fees and costs, and there is no further action to be taken in this matter. The Clerk is directed to close this case.

　　　//

　　　//

DATED this 26th day of April 2016.

                                                                  _____
                                                                  John C. Coughenour
                                                                  UNITED STATES DISTRICT JUDGE

ENTRY OF JUDGMENT
PAGE - 2